SO ORDERED.

Dated: March 5, 2021



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| Murray, Michael Albert<br>Murray, Margie Reo | )<br>)<br>) | CASE NO. 2:09-09687-MCW |
| Debtor(s) | )<br>)<br>)<br>) | ORDER FOR PAYMENT OF<br>UNCLAIMED FUNDS TO THE<br>U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $3,223.03 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE